

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00039-CR

_____

ROBERT BRICE DAUGHERTY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 25958

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Robert Brice Daugherty appeals his life sentence for delivery of methamphetamine in an amount of four or more grams, but less than 200 grams.[1] Daugherty's sole point of error claims he received ineffective assistance of counsel when his trial attorney failed to inform him about a plea offer made by the State. We overrule Daugherty's point of error and affirm the trial court's sentence.

Daugherty pled guilty to three indictments in one proceeding. The trial court heard evidence on all three cases and sentenced Daugherty to life imprisonment in each case, with the sentences ordered to run concurrently. In a single brief, Daugherty claims his first of two trial attorneys was ineffective by failing to tell him of a plea bargain offer covering all three indictments under which the State would recommend a sentence of forty years. We addressed the merits of that claim in our opinion in cause number 06-15-00038-CR, issued contemporaneously with this opinion. For the reasons detailed in that opinion, we likewise overrule Daugherty's point of error.

We affirm the trial court's judgment and sentence.

Bailey C. Moseley
Justice

Date Submitted:     August 5, 2015
Date Decided:       September 3, 2015

Do Not Publish

---

[1]*See* TEX. HEALTH & SAFETY CODE ANN. § 481.112(d) (West 2010).